In the Matter of the Westchester County Bar Association with Respect to Walter I. Brause, an Attorney, Respondent.— Proceeding dismissed.    Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of David Kirschenbaum for Admission to the Bar.— Motion for reargument or for alternative relief denied.    Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

Mary Kaufman and Others, Respondents, v. John Hancock Mutual Life Insurance Company, Appellant, and Abraham Rosenfeld and Another, as Executors, etc., of Sarah Rosenfeld Kaufman, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to the Court of Appeals denied.    Stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted on condition that appellant, within five days from the entry of the order hereon, file the necessary undertaking; otherwise, stay denied, without costs.    Present — Lazansky, P. J., Hagarty, Johnston Adel and Close, JJ.

Ada Kolker and Another, Respondents, v. The Great Atlantic & Pacific Tea Company, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.    Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close; JJ.

Lucia Libertino, as Guardian of Lucy Libertino and Others, Infants, and as Administratrix, etc., of Fred Libertino, Deceased, Respondent, v. The Italian Mutual Aid Society, Flower of Borough Park, Inc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.    Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

Buck Mayfield, Respondent, v. John Van Benschoten, Inc., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied.    Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal.    Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

P. Walker Morrison and Others, as Trustees under a Declaration of Trust Dated March 27, 1936, etc., Appellants, v. David Scherer, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.    Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

F. Eugen Nortz and Others, Copartners Doing Business under the Firm Name and Style of Nortz & Co., Respondents, v. Clinton Trust Company, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied.    Motion for stay denied, without costs, the examination to proceed on five days' notice.    Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.